Todd M. Schneider, SBN 158253
Joshua Konecky, SBN 182897
W.H. "Hank" Willson, IV, SBN 233321
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1665

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN PAULSEN, on behalf of herself and all others similarly situated,<br>Plaintiffs,<br>vs.<br>COUNTY OF MARIN,<br>Defendant. | Case No. C07-01944 JL<br>**STIPULATION AND [~~proposed~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R 3-5:

**STIPULATION**

The parties hereby STIPULATE to participating in the following ADR process: Early private mediation to be completed within the next 45 days. The parties shall agree upon the selection of the mediator within the next 10 days.

Date: June 26, 2007

SCHNEIDER & WALLACE
KAHN BROWN & POORE LLP

David Poore
Attorneys for Plaintiffs

Date: June 26, 2007

COUNTY OF MARIN

Stephen R. Raab
Deputy County Counsel

**ORDER**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

Date: June 27, 2007

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge James Larson