Todd M. Schneider, SBN 158253
Joshua Konecky, SBN 182897
W.H. "Hank" Willson, IV, SBN 233321
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1665

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff and the proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN PAULSEN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN,<br><br>Defendant. | Case No. C07-01944 JL<br><br>**STIPULATION AND [proposed] ORDER REMOVING CASE FROM COURT-CONNECTED MEDIATION** |

SCHNEIDER & WALLACE

STIPULATION AND PROPOSED ORDER REMOVING CASE FROM COURT-CONNECTED MEDIATION
*Paulsen, et al. v. County of Marin*, Case No. C07-1944 JL
1

To: RelayFax via port COM4  From: 415 499 3796  7/31/2007 11:10:39 AM  (Page 3 of 3)
Case 3:07-cv-01944-JL   Document 22   Filed 08/01/07   Page 2 of 2
07/31/2007 11:14 FAX   415 499 3796   MARIN COUNTY COUSEL   ☒003/003

## STIPULATION

Whereas, counsel for the parties met and conferred and entered a Stipulation and proposed Order on June 26, 2007 selecting private mediation as the method of ADR to be used in this case;

Whereas, the Court signed that Order on June 27, 2007;

The parties hereby stipulate as follows:

This case shall be removed from the Court-connected mediation program.

IT IS SO STIPULATED.

Date: July 31, 2007

SCHNEIDER & WALLACE
KAHN BROWN & POORE LLP

_____
Hank Willson
Attorneys for Plaintiffs

Date: July 31, 2007

COUNTY OF MARIN

_____
Steven R. Raab
Deputy County Counsel

## ORDER

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

Date: August 1, 2007

_____
The Hon. James Larsen

SCHNEIDER & WALLACE

STIPULATION AND PROPOSED ORDER REMOVING CASE FROM COURT-CONNECTED MEDIATION
*Paulsen, et al. v. County of Marin*, Case No. C07-1944 JL
2