United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Paulsen,<br><br>      Plaintiff,<br><br>    v.<br><br>County of Marin, et al.,<br><br>      Defendants.<br>_____/ | No. C 07-1944   JL<br><br>**AMENDED ORDER APPROVING SETTLEMENT AND FOR AWARD OF ATTORNEY FEES (Granting Docket #s 27 and 37)** |

On June 11, 2008 at 9:30 am, in this Court, Plaintiff Kathleen Paulsen ("Plaintiff") as proposed representative of the class sought to be provisionally certified for settlement purposes, and Defendant County of Marin ("Marin County"), through their respective attorneys of record, requested final approval of their class action Settlement Agreement ("Settlement Agreement"). After consideration of the Joint Statement of the parties; the other records, pleadings, and papers filed in this action; and upon the arguments presented at the hearing, the Court makes the following ORDERS:

    1. The Settlement Agreement, attached hereto as Exhibit A, is finally approved, including a total settlement sum of two million four hundred thousand dollars ($2,418,220.53) to settle and release all claims;

    2. RG2 Claims Administration, LLC shall be paid $11,000 from the Funds Available for Settlement for the costs of administration of the settlement;

3. Payment of $20,000 to the representative Plaintiff from the Funds Available for Settlement, with this amount to be divided among representative Plaintiff and the opt-in Plaintiffs who actively participated in the development and mediation of the case, pursuant to the allocation described in the Declaration of Joshua Konecky, Document No. 38, is approved;

4. Settlement Awards shall be distributed to Eligible Class Members in accordance with the Implementation Schedule to the Settlement Agreement, attached hereto;

5. The unclaimed portions of the Funds Available for Settlement shall be held in an interest-bearing account. Until April 5, 2010, any such funds can be used to pay any damages, penalties, interest, and plaintiffs' attorneys' fees and attorneys' costs (not to exceed one-third) for any alleged Settled Claims brought by Settlement Class Members who did not submit Claim Forms. Defendant agrees to provide notice to Class Counsel prior to dispersing any such funds and, if notified by Class Counsel within 20 days, to engage in a meet-and-confer process and Alternative Dispute Resolution to resolve any disputes regarding the use of such funds. After April 5, 2010, any such funds will be dispersed pro-rata to Eligible Class Members who opted into this case before August 27, 2007, according to the distribution set forth in Paragraph 27.b of the Settlement Agreement;

6. Pursuant to Federal Rule of Civil Procedure 23(h), the Court finds that the attorneys' fees and costs sought by Plaintiffs' counsel are reasonable and approves payment of same in the amount of $616,000 from the Funds Available for Settlement, and

7. This Court retains jurisdiction with regard to enforcement of the Settlement Agreement.

IT IS SO ORDERED.

DATED: June 12, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1944\Amended Order grant 27, 37.wpd